IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY E. EALY, | : | |
| Plaintiff, | : | Case No. 3:09cv00020 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| JUDGE JOHN S. PICKREL, et al., | : | |
| Defendants. | : | |

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON MARCH 16, 2009 (Doc. #3); DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. §1915(e)(2)(B); CERTIFYING THAT AN APPEAL OF THIS DECISION WOULD NOT BE TAKEN IN GOOD FAITH AND, CONSEQUENTLY, DENYING PLAINTIFF LEAVE TO APPEAL *IN FORMA PAUPERIS*; AND TERMINATING THE CASE ON THE DOCKET OF THIS COURT**

The Court has conducted a de novo review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #3), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** in full said Report and Recommendations. It is therefore **ORDERED** that:

1. The Report and Recommendations filed on March 16, 2009 (Doc. #3) is **ADOPTED** in full;

2. Plaintiff's Complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2)(B);

3. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of this Decision and Entry would not be taken in good faith and, consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and

4. The case is terminated on the docket of this Court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge